2016-547 (La. 9/6/16)

**CHASE BANK USA, N.A. and Deutsche Bank National Trust Company, as Trustee for JP Morgan Mortgage Acquisition Trust 2007-CH3, Asset Backed Pass-Through Certificates, Series 2007-CH3**

v.

**WEBELAND, INC., Malise Prieto, in her Official Capacity as Clerk of Court for St. Tammany Parish, and Rodney Strain, Jr., in his Official Capacity as Sheriff and Ex-Officio Tax Collector for St. Tammany Parish**

**In re: Deutsche Bank National Trust Company, as Trustee for JP Morgan Mortgage Acquisition Trust 2007-CH3, Asset Backed Pass-Through Certificates, Series 2007-CH3; Chase Bank USA, N.A., Petitioner(s)**

**NO. 2016-C-547**

Supreme Court of Louisiana.

September 6, 2016

Applying for Rehearing of this Court's action dated May 20, 2016, Parish of St. Tammany, 22nd Judicial Court Div. F, No. 10-12725; to the Court of Appeal, First Circuit, No. 2015 CA 0605

⌐₁Rehearing denied.

■

2016-0499 (La. 9/6/16)

**IN RE: APPEAL OF THE DECISION OF THE DISCIPLINARY BOARD NO. 15-PDB-079**

**No. 2016-OB-0499**

Supreme Court of Louisiana.

September 6, 2016

Applying for Reconsideration of this Court's action dated May 13, 2016; Office of Disciplinary Board, No. 15-PDB-079

⌐₁Reconsideration denied.

■

2015-1076 (La. 9/6/16)

**STATE EX REL. David STANLEY**

v.

**STATE of Louisiana**

**No. 2015-KH-1076**

Supreme Court of Louisiana.

September 6, 2016

Applying for Reconsideration of this Court's action dated May 13, 2016; Parish of Jefferson, 24th Judicial District Court Div. G, No. 10-4365; to the Court of Appeal, Fifth Circuit, No. 15-KH-136

⌐₁*Not considered. See La.S.Ct. Rule IX, § 6.*